B6F (Official Form 6F) (12/07)

In re  Willie Raymond Laramore
                 Debtor

Case No. 12-11336-RBR
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ADT Security Services<br>14200 East Exposition Ave<br>Aurora Colorado 80012 | | | 01/01/2008<br>Alarm Services | | | | 345.00 |
| ACCOUNT NO.<br>Broward County<br>Ilene Lieberman<br>115 S Andrews Ave<br>Room 417<br>Ft Lauderdale FL 33301 | | | 12/01/2012<br>Notice | | | | 0.00 |
| ACCOUNT NO.<br>Broward County Clerk of Court<br>Civil Appeal Division /Room 220<br>201 SE 6th Street<br>Ft. Lauderdale, FL 33001 | | | 12/2012<br>Fees for Appellate case | | | | 0.00 |
| ACCOUNT NO.<br>Broward County State Attorney<br>Bad Check Restitution Program<br>PO Box 14663<br>Ft Lauderdale FL 33302-4663 | | | 01/01/2011<br>Bad Check Restitution Program Class Fees | | | | 0.00 |

_3_  Continuation sheets attached

Subtotal > $  345.00

Total > $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Willie Raymond Laramore** _____   Case No. **12-11336-RBR** _____
                                Debtor                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Miami Gardens<br>Intersection Safety Program<br>P.O. Box 22901<br>Tempe AZ 85285-2091 | | | 08/18/2011<br>Notice of Violation | | | | 158.00 |
| ACCOUNT NO.<br>Comcast Cable<br>PO Box3 005<br>Southeastern, PA 19398-3005 | | | Cable Services | | | | 82.00 |
| ACCOUNT NO.   2486<br>Credit One Bank<br>PO Box 98873<br>Las Vegas NV 89193 | | | 04/01/2008<br>Credit card charges/Charged off account | | | | 628.00 |
| ACCOUNT NO.   1010<br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadephia, PA 19101-7346 | | | 12/31/2005<br>Past due taxes, interest and penalties | X | X | X | 8,000.00 |
| ACCOUNT NO.   1010<br>General Counsel<br>Social Security Administration<br>Room 617, Altmeyer Building<br>6401 Secuirty Boulevard<br>Baltimore, MD 21235 | | | Notice | X | X | X | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 8,868.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Willie Raymond Laramore** , Debtor                              Case No. **12-11336-RBR** (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> John P. Jack Seiler <br> City Hall <br> 100 N Andrews Ave <br> Room 417 <br> Ft Lauderdale FL 33301 | | | 09/12/2006 <br> City of Ft. Lauderdale Housing Replacement Program/Notice | X | X | X | 0.00 |
| ACCOUNT NO. 422-7 <br> JP Morgan Chase Bank <br> Attn: Correspondence Department <br> PO Box 15298 <br> Wilmington DE 19850-5298 | | | 08/01/2006 <br> Washington Mutual Checking Account, closed by grantor. | | | | 371.02 |
| ACCOUNT NO. 2486 <br> LVNV Funding LLC <br> PO Box 10584 <br> Greenville SC 29603 | | | 04/01/2008 <br> Collection agent for another creditor | | | | 1,019.00 |
| ACCOUNT NO. 13753 <br> Omnium <br> 7171 Mercy Rd <br> Omaha NE 68106 | | | 11/01/2006 <br> Collection agent for Bellsouth FL | | | | 78.00 |
| ACCOUNT NO. <br> Sherry Kay Copper <br> 393 S Dixie Ct Apt 310 <br> Ft. Lauderdale FL 33311 | | | 06/23/2004 <br> Loan | | | | 600.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $ 2,068.02

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Willie Raymond Laramore__    Case No. __12-11336-RBR__
         Debtor                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1010<br>Social Security Administration<br>Suite 100<br>3201 W Commercial Blvd<br>Ft Lauderdale, FL 33309 | | | Overpayment for Supplemental Security Income Payment | | | | 8,324.77 |
| ACCOUNT NO.<br>State of Florida<br>Department of Revenue<br>2450 Shumard Oak Blvd<br>Bldg 1 Floor 2<br>Tallahassee FL 32399 | | | Notice | | | | 0.00 |
| ACCOUNT NO. 8896<br>TD Bank<br>PO Box 9547<br>Portland, ME 04112 | | | Overdrawn Account/Notice | | | | 0.00 |
| ACCOUNT NO. 1004<br>UCC<br>PO BOX 111100<br>Cincinnati OH 45211 | | | 12/01/2006<br>Returned Check | | | | 30.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 8,354.77

Total ▶ $ 19,635.79

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)