Deletions to Creditor Information and/or
Corrections to Creditor Information

General Counsel
Social Security Administration
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235