**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**


IN RE: WILLIE LARAMORE,                                   CASE NO.      12-11336-RBR

    DEBTOR.                                                        CHAPTER 13
_____/


## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION, AMENDED SCHEDULE F and NOTICE OF CHAPTER 13 BANKRUPTCY CASE were furnished via electronic mail or U.S. Mail to all parties on the attached Service List on the 14th day of August, 2012.

> Jennifer T. Harley, Esq.
> Legal Aid Service of Broward County, Inc.
> Attorney for Debtor
> 491 N. State Road 7
> Plantation, FL 33317
> jharley@legalaid.org
> Telephone: (954) 736-2488
> Facsimile: (954) 736-2484
>
> By: /s/Jennifer T. Harley_____
>       Jennifer T. Harley
>       Florida Bar No.  962821

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

## Service List

Robin R. Weiner
ecf@ch13weiner.com; ecf2@ch13wiener.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Equable Ascent Financial, LLC
c/o Recovery Management Systems Corp.
claims@recoverycorp.com

General Counsel
Social Security Administration
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235

Recovery Management Systems Corp
25 S.E. 2 Ave. #1120
Miami, FL 33131

Willie Laramore
3164 SW 13th Court
Ft. Lauderdale, FL 33312